| Fill in this information to identify the case: |
| --- |
| Debtor 1     Lia Cadavid |
| Debtor 2     _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the <u>SOUTHERN</u> District of <u>FLORIDA</u> |
| Case number <u>15-29630-LMI</u> |

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change                                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>OCWEN LOAN SERVICING, LLC.</u>

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: <u>8254</u>

**Date of payment change:** <u>9/1/2017</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$932.14</u>
Principal, interest, and escrow, if any

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment: <u>$414.17</u>       New escrow payment: <u>$426.37</u>

---

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:             New interest rate:

   Current principal and interest payment:   New principal and interest payment:

---

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment        New mortgage payment:

Debtor 1 LIA CADAVID                                   Case number *(if known)* <u>15-29630-LMI</u>
      Print Name      Middle Name      Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Diangelo Frazer</u>   Date   <u>August 7, 2017</u>
   Signature

Print       <u>Diangelo Frazer</u>                           Title  <u>Authorized Agent for Creditor</u>
             First Name            Middle Name      Last Name

Company   <u>Robertson, Anschutz & Schneid, P.L.</u>

Address    <u>6409 Congress Ave., Suite 100</u>
            Number   Street

            <u>Boca Raton  FL 33487</u>
            City                        State     ZIP Code

Contact Phone  <u>561-241-6901</u>                     Email  <u>dfrazer@rasmonitor.com</u>

**This notice of payment change is being filed in the interest of completeness in the court record.  The effective date on this analysis was scheduled to be prior to the filing of this notice.  In order to comply in good faith with FRBP 3002.1(b), Ocwen will adjust the effective date 09/01/2017 .To further remedy the situation, Ocwen will pay only the total increased amount of $146.4 for the period of  09/01/2016 to 08/01/2017 and not seek contribution from debtor or the estate.   Upon the new effective date debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LIA CADAVID
AKA LIA IDARRAGA
201 NE 171 STREET
MIAMI, FL  33162

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Diangelo Frazer
Diangelo Frazer, Esquire
Email: dfrazer@rasmonitor.com



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* IM

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

06/27/2016

Loan Number:

Lia Cadavid
Luis Fernando Cadavid
201 NE 171st St
N Miami Beach, FL 33162-2346

Property Address: 201 NE 171st St
North Miami Beach, FL 33162-2346

Analysis Date:  06/23/2016

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT – BANKRUPTCY
## Projections for the Coming Year

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 11/05/2015 under Chapter 13 of the Bankruptcy Code.

**This statement relates to the <u>post-petition</u> escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

### PLEASE REVIEW THIS STATEMENT CAREFULLY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a prediction of activity in the escrow account during the coming escrow year based on:

    a) Anticipated payments to be paid into the escrow account
    and
    b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax(Parcel#0722070072780) | Nov 2016 | $843.67 |
| Hazard Insurance(Policy# | Feb 2017 | $3,744.00 |
| Total Annual Disbursements | | $4,587.67 |

NMLS # 1852

BKA_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of  4



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| | |
|---|---|
| Target Escrow Payment | $382.30 = (1/12ᵗʰ of $4,587.67) |
| Starting Escrow Balance Needed as of Sep 2016 | $3,058.48 |

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| Beginning Balance | | | | $414.17 | $3,058.48 |
| Sep-2016 | $382.30 | | | $796.47 | $3,440.78 |
| Oct-2016 | $382.30 | | | $1,178.77 | $3,823.08 |
| Nov-2016 | $382.30 | $843.67 | County Tax(Parcel#0722070 072780) | $717.40 | $3,361.71 |
| Dec-2016 | $382.30 | | | $1,099.70 | $3,744.01 |
| Jan-2017 | $382.30 | | | $1,482.00 | $4,126.31 |
| Feb-2017 | $382.30 | $3,744.00 | Hazard Insurance(Policy# █ | $-1,879.70 | $764.61(Cushion) |
| Mar-2017 | $382.30 | | | $-1,497.40 | $1,146.91 |
| Apr-2017 | $382.30 | | | $-1,115.10 | $1,529.21 |
| May-2017 | $382.30 | | | $-732.80 | $1,911.51 |
| Jun-2017 | $382.30 | | | $-350.50 | $2,293.81 |
| Jul-2017 | $382.30 | | | $31.80 | $2,676.11 |
| Aug-2017 | $382.30 | | | $414.10 | $3,058.41 |
| TOTALS= | $4,587.60 | $4,587.67 | | | |

**Escrow cushion and potential escrow shortage**

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a cushion, may be up to 1/6ᵗʰ of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $4,587.67.

**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $764.61 (1/6 of $4,587.67).

NMLS # 1852
BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $414.17, making the escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out this year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $764.61, an additional $2,644.31 is needed for the escrow balance. Projected Monthly Payment for Escrow - The total escrow shortage of $2,644.31 has been spread over 60 months and broken into 60 equal monthly payments of $44.07 per month (the total anticipated shortage divided by 60). The shortage spread amount of $44.07 will be added to the target escrow payment of $382.30 calculated above, for a sum total of $426.37. This total, $426.37, will be the monthly amount due for payment into escrow.

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 09/01/2016, will be $932.14 of which $505.77 will be for principal and interest and $426.37 will go into the escrow account. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

If you have any questions in this regard, please do not hesitate to contact us.

Please contact our Customer Care Center at (888) 554-6599. Representatives are available to answer your questions Monday through Friday 8:00 am to 9:00 pm ET.
Fax in Attention: Escrow department Fax number: (561) 682-7875.

**Mailing Address :**
Ocwen Loan Servicing LLC
Attn : Escrow Department.
P.O. Box 24737
West Palm Beach, FL 33416

Sincerely,
Loan Servicing

NMLS # 1852

BKA_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ℠

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

### This Coupon Must Be Included with Escrow Shortage Payment
### Escrow Shortage Payment

| Lia Cadavid<br>**201 NE 171st St**<br>**North Miami Beach, FL 33162-2346** | **Loan Number** | **Total Shortage**<br>$2,644.31 |
|---|---|---|
| *Payable to:*<br>Ocwen Loan Servicing LLC<br><br>Attn: Escrow Department<br><br>P.O. Box 24737<br><br>West Palm Beach, FL 33416-4737 | ▓▓▓▓▓▓ | ***Note** - If the escrow shortage amount of $2,644.31, is paid, the monthly escrow payment will be adjusted accordingly*<br><br><br>*Amount of Payment* **$**_____ |

NMLS # 1852　　　　　　　　　　　　　　　　　　　　　　　　BKA_SHORTAGEM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do! ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

06/27/2016                                                                    Loan Number:

Lia Cadavid
Luis Fernando Cadavid
201 NE 171st St
N Miami Beach, FL 33162-2346

Property Address: 201 NE 171st St
North Miami Beach, FL 33162-2346

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 11/05/2015, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the  post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are not the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from August 2016 through August 2016.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $919.94 of which $505.77 was for principal and interest and $414.17 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $0.00 | $0.00 |
| *Aug-2016 | $414.17-s | | | | | $414.17 | $414.17 |
| TOTALS | $414.17 | $0.00 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".

NMLS # 1852                                                                    BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS # 1852

BKA_ACCTHISTM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*